**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Kris Radzanowski,** | ) | **CASE NO. 1:11 CV 463** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Principal Financial Group, et al.,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon Defendant's Motion to Dismiss (Doc. 6), in which defendant argues that plaintiff's complaint fails to state a claim for which relief may be granted. Specifically, defendant argues that the complaint does not meet the pleading requirements set forth in *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). Defendant also argues that plaintiff fails to allege certain elements of her claims. Plaintiff opposes the motion and, alternatively, moves to amend her complaint. (Doc. 10). Defendant did not file a reply brief in support of the motion to dismiss. Nor does defendant oppose plaintiff's request for leave to amend. Upon review, the Court GRANTS plaintiff's motion for leave to amend and DENIES AS MOOT Defendant's Motion to Dismiss.

1

IT IS SO ORDERED.

                                       /s/ Patricia A. Gaughan
                                      PATRICIA A. GAUGHAN
                                      United States District Judge

Dated: 5/26/11